IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

In re CREE, INC.            )     MASTER FILE NO. 1:03CV00549
SECURITIES LITIGATION       )     CLASS ACTION

ORDER and JUDGMENT

BULLOCK, District Judge

For the reasons set forth in the memorandum opinion filed contemporaneously herewith,

IT IS ORDERED that Defendants' motion [Doc. # 64] to dismiss Plaintiffs' First Amended Consolidated Class Action Complaint is **GRANTED**, and Plaintiffs' First Amended Consolidated Class Action Complaint is **DISMISSED** in its entirety with prejudice.

_____
United States District Judge

August 2, 2005